# ATTACHMENT 1

## COMPLAINT FORM
(for non-prisoner filers without lawyers)

### IN THE UNITED STATES DISTRICT COURT
FOR THE ___Western___ DISTRICT OF ___Wisconsin___

Robert W. Kastenmeier U. S. Courthouse, 120 Henry St., Room 320, Madison WI 53703

(Full name of plaintiff(s))

Jerry E Butler

vs

Case Number: 20-CV-175 WMC

(Full name of defendant(s))

(to be supplied by clerk of court)

Jim Eschalante, Associate Dean, School of Education
Barb Gerloff, Assistant Dean, School of Education
Gail Simpson, Professor, Art Department, School of Education
Doug Rosenberg, Chair, Art Department, School of Education
Teri Englke, Assistant Dean, School of Education
Beth Janetski, Policy and Planning Analyst, School of Education

A. PARTIES

1. Plaintiff is a citizen of ___Wisconsin___ and resides at
   (State)

   705 N Midvale Blvd. Madison, Wisconsin 53705
   (Address)

(If more than one plaintiff is filing, use another piece of paper).

Attachment One (Complaint) – 1

2. Defendant __Jim Eschalante, Barb Gerloff, Gail Simpson, Doug Rosenberg__
   __Teri Englke, Beth Janetski__                                (Name)

is (if a person or private corporation) a citizen of __Wisconsin__
(State, if known)

and (if a person) resides at __Unknown__
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __University of Wisconsin Madison, Art Department School of Education__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

In 2014 Jim Eschalante, Associate Dean, School of Education, Barb Gerloff, Assistant Dean, School of Education, Gail Simpson, Professor, Art Department, School of Education, Doug Rosenberg, Chair, Art Department, School of Education, Teri Englke, Assistant Dean, School of Education, Beth Janetski, Policy and Planning Analyst, School of Education engaged their institutional and personal bias to block my most qualified access to PVL 79381 Faculty Associate – Art Education position.

Each individual (listed above) charged with the non-bias (race, age, gender, etc.) engagement in hiring at the University of Wisconsin Madison for this position failed to critically review my complete application. The entire process therefore employed an unbalanced approach of power and privilege to dismiss my application materials because of my age and or race. The facts show that there is no lawful explanation for the actions of the committee, the department and the School of Education in denying my access to this position.

Attachment One (Complaint) – 2

C. **JURISDICTION**

[X] I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ] I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D. **RELIEF WANTED**

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

~~I am seeking payment for the past 6 years at the level of Associate Professor   70K~~ per year plus benefits. I am well qualified for the Drawing and Painting Position posted online and in the newsletter for the Art Department at the University of Wisconsin Madison. I seek to be placed in this position for the next five years at the associate professor level (75k per year).

E.  **JURY DEMAND**

[X]  Jury Demand – I want a jury to hear my case
        OR
[ ]  Court Trial – I want a judge to hear my case

Dated this __25th__ day of __February__ 20_20_.

Respectfully Submitted,

_____
Signature of Plaintiff

608-658-1870
_____
Plaintiff's Telephone Number

j4butler@gmail.com
_____
Plaintiff's Email Address

705 N Midvale Blvd., Madison, Wisconsin 53705
_____

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

[ ]  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

[X]  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.