**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
120 NORTH HENRY STREET, ROOM 320
MADISON, WISCONSIN 53703

OFFICIAL BUSINESS

NEOPOST
12/02/2019
US POSTAGE $001.4

Jerry E. Butler
705 N. Midvale Blvd. #1
Madison, WI 53705