MILWAUKEE WI 530

25 FEB 2020 PM 3 L

Jerry Butler
705 N Midvale Blvd #1
Madison, WI 53705

U.S. District Court
Office of the Clerk
120 Henry Street Room 320
Madison, Wisconsin 53703